to Justice Sotomayor, and by her referred to the Court, denied. Motion for leave to file a petition for rehearing denied.

Former decision, 559 U.S. 993, 130 S. Ct. 1737, 176 L. Ed. 2d 215, 2010 U.S. LEXIS 2235.

execution. See Johnson v. Bredesen, 558 U.S. 1067, 1067–1068, 130 S. Ct. 541, 175 L. Ed. 2d 552 (2009) (Stevens, J., joined by Breyer, J., respecting denial of certiorari).

Same case below, 234 P.3d 1104 and 234 P.3d 1115.

**No. 09-11378 (09A1222). Ronnie Lee Gardner, Petitioner v. Utah.**

560 U.S. 981, 130 S. Ct. 3450, 177 L. Ed. 2d 354, 2010 U.S. LEXIS 4977.

June 17, 2010. Application for stay of execution of sentence of death, presented to Justice Sotomayor, and by her referred to the Court, denied. Petition for writ of certiorari to the Supreme Court of Utah denied.

Justice Stevens and Justice Breyer would grant the application for stay of

**No. 09-11439 (09A1229). Ronnie Lee Gardner, Petitioner v. Curtis Garner, Chairman, Utah Board of Pardons and Parole, et al.**

560 U.S. 981, 130 S. Ct. 3450, 177 L. Ed. 2d 354, 2010 U.S. LEXIS 4976.

June 17, 2010. Application for stay of execution of sentence of death, presented to Justice Sotomayor, and by her referred to the Court, denied. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.